■ JOHN J. WARDELL, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Respondent.— Judgment, Supreme Court, Albany County, entered on November 9, 1973, affirmed, without costs, on the opinion of Hughes, J., at Special Term. Staley, Jr., J. P., Greenblott, Sweeney, Kane and Reynolds, JJ., concur.